In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-359 CV


____________________



HEALTH & SAFETY MANAGEMENT, INC. d/b/a CARDINAL 
ENVIRONMENTAL LABORATORY AND RICHARD P. GRIFFIN, Appellants


V.



KELLY O'BRIEN, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-173349






 MEMORANDUM OPINION 


 Health & Safety Management, Inc. d/b/a Cardinal Environmental Laboratory and
Richard P. Griffin perfected a restricted appeal from a default judgment. The appeal was
submitted without briefs because the appellants failed to file their brief by the February 3,
2006, due date. See Tex. R. App. P. 38.6(a). The appellants did not request additional time
to file the brief. See Tex. R. App. P. 38.6(d). On April 10, 2006, we notified the parties that
the appeal would be advanced without oral argument. See Tex. R. App. P. 39.9. In the
absence of a brief assigning error, we dismiss the appeal for want of prosecution. Tex. R.
App. P. 38.8(a)(1).

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice


Submitted on May 1, 2006

Opinion Delivered May 11, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.